IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18MJ3108 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE JUDGE THOMAS |
| | ) | M. PARKER |
| v. | ) | |
| | ) | |
| MATTHEW ROBERTS, | ) | GOVERNMENT'S 2ND MOTION TO |
| | ) | EXTEND TIME FOR RETURNING |
| Defendant. | ) | INDICTMENT |
| | ) | |

The United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Daniel J. Riedl, Assistant U.S. Attorney, respectfully moves this Court to extend the time for filing an information or indictment until October 19, 2018, for the reasons set forth in the attached Memorandum.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: /s/ Daniel J. Riedl
Daniel J. Riedl (OH: 0076798)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3669
(216) 685-2378 (facsimile)
Daniel.Riedl@usdoj.gov

MEMORANDUM

A.

On April 25, 2018, a criminal complaint (Case No. 1:18 MJ 3108) was filed against defendant, Matthew Roberts, charging the defendant with a violation of federal law, that is conspiracy to possess with intent to distribute and to distribute controlled substances and controlled substances analogues in violation of Title 21, United States Code, Section 846. Defendant was remanded to the custody of the U.S. Marshal's Service, and the matter was bound over to the grand jury.  On June 1, 2018, the Government filed a Motion for Extension of Time to Indict. (R. 8: Motion, PageID 35).  This motion was granted at a status conference on June 18, 2018. (6/18/2018 Docket Entry).  This is the second motion to extend the time to indict.  The current deadline to file an indictment or information is on or before August 8, 2018.

B.

Title 18, Section 3161 of the United States Code provides that an "information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges." 18 U.S.C. § 3161(b). In the instant prosecution, the government is required to file an indictment or information on or before August 8, 2018.

The government submits that a limited extension of the time for filing an information or indictment will serve the ends of justice by affording the parties a meaningful opportunity to discuss a possible resolution of this case prior to indictment.  It is anticipated that the parties will use the proposed extension of time to ascertain as many of the relevant facts as possible, which if accomplished, will serve the interests of justice by potentially rendering grand jury presentation and/or a trial more complete or unnecessary. See United States v. Fields, 39 F.3d 439, 445-46 (3d Cir. 1994) (approving "ends of justice" continuance to allow negotiations to continue). See also United States v. Lewis, 980 F.2d 555 (9th Cir. 1992).  If grand jury presentment proves necessary,

the proposed extension of time will serve the ends of justice and promote efficiency by allowing the grand jury panel to consider a full panoply of potential charges and will allow for the streamlined presentation of evidence offered in support of those charges.

Undersigned government counsel has spoken with John Luskin, counsel for defendant, concerning this matter, and is advised that the defense has no objection to the proposed continuance.

For all of the foregoing reasons, the government, pursuant to 18 U.S.C. § 3161(h)(7)(A), respectfully moves this Court to extend the time for filing an information or indictment from August 8, 2018, until October 19, 2018, and to enter a finding under that section that the ends of justice are served by taking such action, and that this continuance outweighs the best interest of the public and the defendant in a speedy trial

                                        Respectfully submitted,

                                        JUSTIN E. HERDMAN
                                        United States Attorney

By:   /s/ Daniel J. Riedl
        Daniel J. Riedl (OH: 0076798)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3669
        (216) 685-2378 (facsimile)
        Daniel.Riedl@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August 2018 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Daniel J. Riedl
Daniel J. Riedl
Assistant U.S. Attorney